IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRIK NELSON,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | No. 18-5213 |
| SUPERINTENDENT OF<br>SCI-RETREAT, et al.<br>Respondents. | : | |

## ORDER

**MITCHELL S. GOLDBERG, J.**

AND NOW, this 22nd day of February 2019, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for a writ of habeas corpus is DISMISSED without prejudice;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MITCHELL S. GOLDBERG
U.S. DISTRICT COURT JUDGE